UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SCOTT SEWELL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 1:05-CV-298<br><br>Judge Curtis L. Collier |

### ORDER

Plaintiff Scott Sewell moved for attorney's fees, pursuant to 42 U.S.C. § 406(b), in the amount of $8,888.00, representing 25 percent of Plaintiff's past due benefits (Court File No. 28). United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) on September 23, 2008 (Court File No. 31), recommending Plaintiff's motion be granted. Neither party filed an objection within the given ten (10) days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 28) and **ORDERS** Plaintiff's attorney is awarded a fee in the sum of $8,888.00.

    **SO ORDERED.**

    **ENTER.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**